### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CATHY J. STURGEON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:20-cv-02644 |
| ) | |
| SHORT GO, INC. d/b/a TWISTER TRAILER, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cathy J. Sturgeon, by and through her attorney of record, Athena M. Dickson of Siro Smith Dickson PC, and Defendant Short Go, Inc. d/b/a Twister Trailer, by and through its attorneys of record, James C. Morrow, Peggy A. Wilson, and Desirae F. Demore, hereby stipulate to the dismissal of this case with prejudice, with each party to bear her/its own costs.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing this case with prejudice, with each party to bear her/its own costs.

SIRO SMITH DICKSON PC

By: *s/ Athena M. Dickson*
    Rik N. Siro, KS #77812
    Eric W. Smith, KS #16539
    Athena M. Dickson, KS #21533
    Raymond A. Dake, KS #78448
    Ryan P. McEnaney, KS #78827
    1621 Baltimore Avenue
    Kansas City, Missouri 64108
    T: (816) 471-4881
    F: (816) 471-4883
    rsiro@sirosmithdickson.com
    esmith@sirosmithdickson.com
    adickson@sirosmithdickson.com
    rdake@sirosmithdickson.com
    rmcenaney@sirosmithdickson.com

ATTORNEYS FOR PLAINTIFF

MORROW WILLNAUER CHURCH, LLC

By: *s/ Peggy A. Wilson*
    PEGGY A. WILSON, #19120
    DESIRAE F. DEMORE, #78946
    8330 Ward Parkway, Suite 300
    Kansas City, Missouri 64114
    T: (816) 382-1382
    F: (816) 382-1383
    pwilson@mwcattorneys.com
    ddemore@mwcattorneys.com

ATTORNEYS FOR DEFENDANT